IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARMONY BIOSCIENCES MANAGEMENT, INC. and NOVITIUM PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AET PHARMA US, INC., AET LABORATORIES PRIVATE LIMITED, ALFRED E. TIEFENBACHER (GMBH & CO. KG), SANDOZ INC., and SANDOZ AG<br><br>Defendants,<br><br>AET PHARMA US, INC., SANDOZ AG, and SANDOZ INC.,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HARMONY BIOSCIENCES MANAGEMENT, INC., HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES HOLDINGS, INC. and NOVITIUM PHARMA LLC<br><br>Counter-Defendants. | ) | C.A. No. 26-453 (JLH) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on September 18, 2026, a copy of Defendants AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (Gmbh & Co. KG), Sandoz AG, and Sandoz Inc.'s Second Set of Requests for Production to Plaintiffs (No. 2-51) was served on the following counsel by electronic mail:

Jeremy A. Tigan
Megan E. Dellinger
Anthony D. Raucci
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*Attorneys for Harmony Biosciences Management, Inc., Harmony Biosciences, LLC, and Harmony Biosciences Holdings, Inc.*

OF COUNSEL:

Joseph Ostoyich
Danielle Morello
Dorothea R. Allocca
Megan Hackett
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006

Alexander B. Spiro
Matthew A. Traupman
Laura L. Fairneny
Nicola R. Felice
Abigail M. Graegin
QUINN EMANUEL URQUHART
& SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016

John L. Yang
QUINN EMANUEL URQUHART
& SULLIVAN LLP
3100 McKinnon Street, Suite 1125
Dallas, TX 75201

Karen E. Keller
Nathan R. Hoeschen
Emily S. DiBenedetto
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19081

*Attorneys for Novitium Pharma LLC*

OF COUNSEL:

Daniel Matheson
James Moore
AXINN LLP
1901 L Street NW
Washington, DC 20036

Jacklin Chou Lem
AXINN LLP
55 Second Street
San Francisco, CA 94105

Eric Grannon
Michelle Bone
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005

Nicholas K. Mitrokostas
Shaobo Zhu
WHITE & CASE LLP
75 State Street
Boston, MA 02109

Andrew Lazerow
Christopher N. Sipes
Brianne (Bharkhda) Sullivan
Ayana Lindsey
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105

OF COUNSEL:

Scott J. Bornstein
Jonathan Ball, Ph.D.
Julie P. Bookbinder
Elana B. Araj
Giancarlo Scaccia
Anne M. Rock
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
Scott.Bornstein@gtlaw.com
ballj@gtlaw.com
bookbinderj@gtlaw.com
Elana.Araj@gtlaw.com
scacciag@gtlaw.com
annie.rock@gtlaw.com

Matthew D. Kent
Andrew Hatchett
Ismat Hanano
ALSTON & BIRD LLP
1201 West Peachtree Street NE
Atlanta, GA 30309
(404) 881-7000
matthew.kent@alston.com
andrew.hatchett@alston.com
esmat.hanano@alston.com

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Counter-Plaintiffs AET Pharma US, Inc., Sandoz AG and Sandoz Inc., and for Defendants AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher, Sandoz Inc. and Sandoz AG*

Dated: September 18, 2026