IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES MANAGEMENT, INC. and NOVITIUM PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AET PHARMA US, INC., AET LABORATORIES PRIVATE LIMITED, ALFRED E. TIEFENBACHER (GMBH & CO. KG), SANDOZ INC., and SANDOZ AG,<br><br>Defendants. | C.A. No. 26-453 (JLH) |
| AET PHARMA US, INC., SANDOZ INC., and SANDOZ AG,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HARMONY BIOSCIENCES MANAGEMENT, INC., HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES HOLDINGS, INC. and NOVITIUM PHARMA LLC,<br><br>Counter-Defendants. | |

**PLAINTIFFS HARMONY BIOSCIENCES MANAGEMENT, INC. AND NOVITIUM PHARMA LLC'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs Harmony Biosciences Management, Inc. and Novitium Pharma LLC (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 65 for entry of a preliminary injunction enjoining Defendants AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG ("Defendants") from commercially

manufacturing, using, offering to sell, or selling within the United States, or importing into the United States their proposed generic version of WAKIX®, described in ANDA No. 218892.

The grounds for this Motion are set forth in Plaintiffs' Opening Brief and supporting papers filed herewith including the following declarations: (1) Declaration of Elliot Choi in Support of Plaintiffs Harmony Biosciences Management, Inc. and Novitium Pharma LLC's Motion for a Preliminary Injunction; (2) Declaration of Matthew Fenske in Support of Plaintiffs Harmony Biosciences Management, Inc. and Novitium Pharma LLC's Motion for a Preliminary Injunction; (3) Declaration of Chad Gassert in Support of Plaintiffs' Motion for a Preliminary Injunction; (4) Expert Declaration of Steven R. Little, Ph.D. in Support of Plaintiffs Harmony Biosciences Management, Inc. and Novitium Pharma LLC's Motion for a Preliminary Injunction; (5) Declaration of Matthew Ross in Support of Plaintiffs Harmony Biosciences Management, Inc. and Novitium Pharma LLC's Motion for a Preliminary Injunction; and (6) Declaration of Sean D. Sheridan, Ph.D. in Support of Plaintiffs Harmony Biosciences Management, Inc. and Novitium Pharma LLC's Motion for a Preliminary Injunction.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Harmony Biosciences Management, Inc.*

OF COUNSEL:

Alexander B. Spiro
Matthew A. Traupman
Laura L. Fairneny
Nicola R. Felice
Abigail M. Graegin
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

John L. Yang
QUINN EMANUEL URQUHART
& SULLIVAN LLP
3100 McKinnon Street, Suite 1125
Dallas, TX 75201
(469) 902-3600

Joseph Ostoyich
Danielle Morello
Dorothea R. Allocca
Megan Hackett
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006
(202) 912-5000

Christopher N. Sipes
Andrew Lazerow
Brianne (Bharkhda) Sullivan
Ayana Lindsey
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000

SHAW KELLER LLP

*/s/ Karen E. Keller*

Karen E. Keller (# 4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Plaintiff Novitium Pharma LLC*

OF COUNSEL:

Nicholas K. Mitrokostas
Shaobo Zhu
WHITE & CASE LLP
75 State Street
Boston, MA 02109
(617) 979-9300

Eric Grannon
Michelle Bone
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Mena Gaballah
WHITE & CASE LLP
1210 Avenue of the Americas
New York, NY 10020
(212) 819-8200

Daniel Matheson
James Moore
AXINN LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700

Jacklin Chou Lem
AXINN LLP
55 Second Street
San Francisco, CA 94105
(415) 490-2000

November 5, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES MANAGEMENT, INC. and NOVITIUM PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AET PHARMA US, INC., AET LABORATORIES PRIVATE LIMITED, ALFRED E. TIEFENBACHER (GMBH & CO. KG), SANDOZ INC., and SANDOZ AG,<br><br>Defendants. | C.A. No. 26-453 (JLH) |
| AET PHARMA US, INC., SANDOZ INC., and SANDOZ AG,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HARMONY BIOSCIENCES MANAGEMENT, INC., HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES HOLDINGS, INC. and NOVITIUM PHARMA LLC,<br><br>Counter-Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

The Court, having considered Plaintiffs Harmony Biosciences Management, Inc. and Novitium Pharma LLC's Motion for a Preliminary Injunction,

IT IS HEREBY ORDERED this ____ day of ____________, 202__ that:

1. Plaintiffs' motion for entry of a preliminary injunction is **GRANTED**; and

2. Defendants AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., Sandoz AG, and their affiliates, subsidiaries, officers, agents, servants, representatives, employees, attorneys, and those acting or attempting to act in concert or participation with them, are enjoined from commercially manufacturing, using, offering to sell, or selling within the United States, or importing into the United States their proposed generic version of WAKIX®, described in ANDA No. 218892 until further order of the Court.

______________________________________

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 5, 2026, upon the following in the manner indicated:

Dominick T. Gattuso *VIA ELECTRONIC MAIL*
HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 472-7300
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

Scott J. Bornstein *VIA ELECTRONIC MAIL*
Jonathan Ball, Ph.D.
Anne Rock
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

Matthew D. Kent *VIA ELECTRONIC MAIL*
Andrew Hatchett
Ismat Hanano
ALSTON & BIRD LLP
1201 West Peachtree Street NE
Atlanta, GA 30309
(404) 881-7000
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)