IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARMONY BIOSCIENCES MANAGEMENT, INC. and NOVITIUM PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AET PHARMA US, INC., AET LABORATORIES PRIVATE LIMITED, ALFRED E. TIEFENBACHER (GMBH & CO. KG), SANDOZ INC., and SANDOZ AG,<br><br>Defendants. | C.A. No. 26-453 (JLH) |
| AET PHARMA US, INC., SANDOZ INC., and SANDOZ AG,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HARMONY BIOSCIENCES MANAGEMENT, INC., HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES HOLDINGS, INC. and NOVITIUM PHARMA LLC,<br><br>Counter-Defendants. | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Harmony's Objections and Responses to Defendants' Third Set of Requests for Production to Plaintiffs (Nos. 52-54)* were caused to be served on November 9, 2026, upon the following in the manner indicated:

Karen E. Keller
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19081
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Novitium Pharma LLC*

*VIA ELECTRONIC MAIL*

Nicholas K. Mitrokostas
Shaobo Zhu
WHITE & CASE LLP
75 State Street
Boston, MA 02109
(617) 979-9300
*Attorneys for Novitium Pharma LLC*

*VIA ELECTRONIC MAIL*

Michelle Bone
Eric Grannon
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
*Attorneys for Novitium Pharma LLC*

*VIA ELECTRONIC MAIL*

Daniel Matheson
James Moore
AXINN LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
*Attorneys for Novitium Pharma LLC*

*VIA ELECTRONIC MAIL*

Jacklin Chou Lem
AXINN LLP
55 Second Street
San Francisco, CA 94105
(415) 490-2000
*Attorneys for Novitium Pharma LLC*

*VIA ELECTRONIC MAIL*

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 472-7300
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

*VIA ELECTRONIC MAIL*

Scott J. Bornstein
Jonathan D. Ball, Ph.D.
Julie P. Bookbinder
Elana B. Araj
Giancarlo Scaccia
Anne Rock
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

*VIA ELECTRONIC MAIL*

Matthew D. Kent
Andrew Hatchett
Bryan W. Lutz
Ismat Hanano
ALSTON & BIRD LLP
1201 West Peachtree Street NE
Atlanta, GA 30309
(404) 881-7000
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Harmony Biosciences Management, Inc., Harmony Biosciences, LLC, and Harmony Biosciences Holdings, Inc.*

OF COUNSEL:

Alexander B. Spiro
Matthew A. Traupman
Laura L. Fairneny
Nicola R. Felice
Shira M. Bergman
Abigail M. Graegin
Elliot Choi
Anastasia M. Fernands
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

John L. Yang
QUINN EMANUEL URQUHART & SULLIVAN LLP
3100 McKinnon Street, Suite 1125
Dallas, TX 75201
(469) 902-3600

Christopher N. Sipes
Brianne Sullivan
Andrew D. Lazerow
Ayana Lindsey
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000

Joseph Ostoyich
Danielle Morello
Megan Hackett
Dorothea R. Allocca
CLIFFORD CHANCE US LLP
2001 K St NW
Washington, DC 20006
(202) 912-5000

November 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 9, 2026, upon the following in the manner indicated:

Karen E. Keller *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19081
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Novitium Pharma LLC*

Nicholas K. Mitrokostas *VIA ELECTRONIC MAIL*
Shaobo Zhu
WHITE & CASE LLP
75 State Street
Boston, MA 02109
(617) 979-9300
*Attorneys for Novitium Pharma LLC*

Michelle Bone *VIA ELECTRONIC MAIL*
Eric Grannon
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600
*Attorneys for Novitium Pharma LLC*

Daniel Matheson
James Moore
AXINN LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700
*Attorneys for Novitium Pharma LLC*

*VIA ELECTRONIC MAIL*

Jacklin Chou Lem
AXINN LLP
55 Second Street
San Francisco, CA 94105
(415) 490-2000
*Attorneys for Novitium Pharma LLC*

*VIA ELECTRONIC MAIL*

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 472-7300
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

*VIA ELECTRONIC MAIL*

Scott J. Bornstein
Jonathan D. Ball, Ph.D.
Julie P. Bookbinder
Elana B. Araj
Giancarlo Scaccia
Anne Rock
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

*VIA ELECTRONIC MAIL*

Matthew D. Kent
Andrew Hatchett
Bryan W. Lutz
Ismat Hanano
ALSTON & BIRD LLP
1201 West Peachtree Street NE
Atlanta, GA 30309
(404) 881-7000
*Attorneys for AET Pharma US, Inc., AET Laboratories Private Limited, Alfred E. Tiefenbacher (GmbH & Co. KG), Sandoz Inc., and Sandoz AG*

*VIA ELECTRONIC MAIL*

/s/ Jeremy A. Tigan
______________________________
Jeremy A. Tigan (#5239)