IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARMONY BIOSCIENCES MANAGEMENT, INC. and NOVITIUM PHARMA LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AET PHARMA US, INC., AET LABORATORIES PRIVATE LIMITED, ALFRED E. TIEFENBACHER (GMBH & CO. KG), SANDOZ INC., and SANDOZ AG,<br><br>Defendants.<br><br>AET PHARMA US, INC. and SANDOZ INC.,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>HARMONY BIOSCIENCES MANAGEMENT, INC., HARMONY BIOSCIENCES, LLC, HARMONY BIOSCIENCES HOLDINGS, INC. and NOVITIUM PHARMA LLC,<br><br>Counter-Defendants. | ) | C.A. No. 26-453-JLH |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 9, 2026, the following document was served on GT-AET-Harmony@gtlaw.com and on the persons listed below in the manner indicated:

1. Plaintiff Novitium Pharma LLC's Objections and Responses to Defendants' Third Set of Requests for Production to Plaintiffs (Nos. 52 - 54)

**BY EMAIL**

Dominick T. Gattuso
HEYMAN ENERIO GATTUSO & HIRZEL LLP
222 Delaware Ave., Suite 900
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

Matthew D. Kent
Andrew Hatchett
Ismat Hanano
ALSTON & BIRD LLP
1201 West Peachtree Street NE
Atlanta, GA 30309
(404) 881-7000
matthew.kent@alston.com
andrew.hatchett@alston.com
esmat.hanano@alston.com

Scott J. Bornstein
Jonathan Ball, Ph.D.
Julie P. Bookbinder
Elana B. Araj
Giancarlo Scaccia
Annie Rock
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200
scott.bornstein@gtlaw.com
ballj@gtlaw.com
bookbinderj@gtlaw.com
elana.araj@gtlaw.com
scacciag@gtlaw.com
annie.rock@gtlaw.com

OF COUNSEL:
Nicholas K. Mitrokostas
Shaobo Zhu
WHITE & CASE LLP
75 State Street
Boston, MA 02109
(617) 979-9300

Eric Grannon
Michelle Bone
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Mena Gaballah
WHITE & CASE LLP
1210 Avenue of the Americas
New York, NY 10020
(212) 819-8200

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff Novitium Pharma LLC*

Daniel Matheson
James Moore
AXINN LLP
1901 L Street NW
Washington, DC 20036
(202) 912-4700

Jacklin Chou Lem
AXINN LLP
55 Second Street
San Francisco, CA 94105
(415) 490-2000

Dated: November 9, 2026